JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. WHITFIELD, | Case No. CV 14-4761 DSF (MANx) |
| Plaintiff, | |
| v. | JUDGMENT |
| WELLS FARGO HOME MORTGAGE CORPORATION, | |
| Defendants. | |

The Court having granted a motion to dismiss with leave to amend and the plaintiff having not amended his complaint,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that the defendants recover their costs pursuant to 28 U.S.C. § 1920.

Dated: 1/5/15

　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　United States District Judge